UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
FILE NO. 4:23-CV-57-BO

| WILLIAM TAYLOR, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | ORDER |
|  | ) |  |
| UNITED STATES OF AMERICA, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

THIS MATTER IS BEFORE THE COURT on the Plaintiff's motion to dismiss the above-captioned action, pursuant to Federal Rule of Civil Procedure 41(a)(2).

For good cause shown, and without objection from the Government, it is hereby ORDERED the motion is GRANTED. The above-captioned action is hereby DISMISSED WITHOUT PREJUDICE. Each party shall bear its own costs.

This the _24_ day of _July_, 2023.

HONORABLE TERRENCE W. BOYLE
United States District Judge
Eastern District of North Carolina